IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>KIM DAVIS BECKSTROM,<br><br>Respondent. | ORDER<br><br>Case No. 1:07 CR 89 TC<br><br>Judge Tena Campbell |

Kim Davis Beckstrom has filed a *pro se* Petition for Compassionate Release. The court has reviewed the petition. The court hereby orders the United States Attorney to file an answer or other pleading in response to the petition within 30 days of the date of this Order.

DATED this 22nd day of November, 2019.

BY THE COURT:

*Tena Campbell*
TENA CAMPBELL
United States District Court Judge