Case 1:07-cr-00089-TC   Document 218   Filed 01/19/21   PageID.1478   Page 1 of 1

P 1 of 2

LODGED
2021 JAN 19 PM 2:04
CLERK
U.S. DISTRICT COURT

1:07cr00089 TC

To: Honorable Judge Tena Campbell: Your honor I respectfully write this day to ask for your help. Over a year ago, I filed for a compassionate release and your honor told me I qualify in everything but I didn't have 2/3 of my sentence done, and I would be eligible Jan 15th 2021. As of now Your Honor, I have been on home confinement since April of last year, one the cares act. My case managers name is Rodney Priest. I have asked federal defenders office to help me file but they told me ask my attorney Deidre Gordman. Deirdre Gordman has told me she could not help me; it has to go back to federal defender's office. So, I ask: If you could find it in your heart to help me or tell me what I can do. I am sure everything I have filed for compassionate release is still on file. I ask Your Honor... if you would grant me this compassionate release, so I can move forward with my wife and family, who have waited for me all these years. I've done my time in the best and honorable way I could, and have learned much and am very humbled by my mistakes. I have taught others welding trades so when they get out, they can find work. While I was in, I learned to sew Military outfits in Unicor. In these later years of my life, I would like to be able to spend my life with my wife, family and grandchildren. I truly appreciate you taking time out of your schedule to read this. Thank you, Your Honor,

Respectfully, Kim Beckstrom

Kimbeckstrom1956@gmail.com

Kim Beckstrom 140 Madison #A Ogden, UT 84404