**Christine Ford**

| | |
|---|---|
| **From:** | Kim Beckstrom <kimbeckstrom1956@gmail.com> |
| **Sent:** | Sunday, January 10, 2021 10:57 AM |
| **To:** | UTDecf Campbell |
| **Subject:** | Compassionate release |

LODGED

*1:07 cr 89*

CAUTION - EXTERNAL:


To: Honorable Judge TenaCampbell: Your honor I respectably write this day to ask for your help. Over a year ago, I filed for a compassionate release and your honor told me I qualify in everything but I didn't have 2/3 of my sentence done, and I would be eligible Jan 15th 2021. As of now Your Honor, I have been on home confinement since April of last year, on the cares act. My case managers name is Rodney Priest. I have asked federal defenders office to help me file but they told me ask my attorney Deirdre Gorman. Deirdre Gorman has told me she could not help me, it has to go back to federal defenders office. So I ask; If you could find it in your heart to help me or tell me what I can do. I am sure everything I have filed for compassionate release is still on file. I ask your Honor.. if you would grant me this compassionate release, so I can move forward with my wife and family, who have waited me all these years. I've done my time in the best and honorable way i could, and have learned much and am very humbled by my mistakes. I have taught others welding trades so when they get out they can find work. While I was in, I learned to sew Military outfits in Unicor. In these later years of my life I would like like to be able to spend my life with my wife, family and grandchildren. I truly appreciate you taking time out of your schedule to read this. Thank you Your Honor. Respectfully, Kim Beckstrom

Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Correctional Facility WCCF
Inmate Name CAT (Courtney
Address Po Box 14000
City/State/Zip Ogden, UT 84412

SALT LAKE CITY UT 840
9 JUN 2021   PM 3   FOREVER USA

Barn Swallow

United States Courthouse
% Court Clerk for Tena Campbell
351 S. West Temple, Rm 1.100
S.L.C, UT - 84101-

84101-194875